FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
AUG 2 7 2019
MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CRIMINAL NO. 19-2855 MJ |
| vs. | 18 U.S.C. §§ 922(g)(1) and 924: Felon in Possession of a Firearm and Ammunition. |
| TODD PRUE, | |
| Defendant. | |

## INDICTMENT

The Grand Jury charges:

On or about July 2, 2019, in Bernalillo County, in the District of New Mexico, the defendant, **TODD PRUE**, knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, specifically:

(1) kidnapping,

(2) conspiracy to commit kidnapping,

(3) aggravated battery with great bodily harm, and

(4) trafficking of a controlled substance,

knowingly possessed a firearm and ammunition in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

_Brandon L. [signature]_
Assistant United States Attorney